**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**June 9, 2009**

Mr. James W. Tilley
Ms. Michael Lynn McCarty-Harrison
Watts, Donovan & Tilley, P.A.
200 South Commerce Street
Suite 200
Little Rock, AR 72201-1769

       Re:   *Boyd v. Nationwide Mut. Fire Ins. Company*, 5:08-CV-00166-WRW;
            Doc. No. 17; Excluding Evidence of Other Fires in the McGehee Area

Dear Counsel:

It appears to me that *Allstate Insurance Company v. Voyles*[1] has gotcha.

If you think you can distinguish it, please provide me with a letter brief of no more than two pages by noon, Tuesday, June 16, 2009.

                                              Cordially,

                                              /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] 76 Ark. App. 334, 341, 65 S.W.3d 457, 462 (2002) ("In cases of arson, a history of other fires is admissible if not too remote in time or dissimilar in circumstances.") (citing *Johnson v. The Truck Ins. Exch.*, 285 Ark. 470, 688 S.W.2d 728 (1985)).