IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIM BOYD and RHONDA BOYD                                      PLAINTIFFS

vs                            5:08CV00166-WRW

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY                                              DEFENDANT

ORDER

Pending is the Motion to Dismiss (doc #36) filed by the parties. After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddism.wprejudice